## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| SERGIO D. FIORARANCIO, *on behalf of himself and those similarly situated,*<br><br>Plaintiff,<br><br>vs.<br><br>CAPITAL ONE BANK (USA) N.A.,<br><br>Defendant. | Civil Action No. 2:20-cv-18103-MCA-LDW<br><br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br>**WITHOUT PREJUDICE** |

The undersigned, counsel for Plaintiff, represents that Defendant has not filed an answer or a motion for summary judgment; and neither Fed. R. Civ. P. 23(e), 23.1(c), 23.2 nor 66 apply to this matter;

Now, therefore, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff voluntarily dismisses this action without prejudice and without costs.

KIM LAW FIRM LLC
Attorneys for Plaintiff

*s/Yongmoon Kim*
Yongmoon Kim

DATED: January 15, 2021

SO ORDERED:

_____
Madeline Cox Arleo, U.S.D.J.

DATED:  January 19, 2021